UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Magistrate Docket No. '08 MJ 0366
                           )
         Plaintiff,        )
                           ) COMPLAINT FOR VIOLATION OF:
    v.                     )
                           ) Title 8, U.S.C., Section 1326
Jose GARCIA-Garcia,        ) Deported Alien Found in the
                           ) United States
                           )
         Defendant         )
                           )

The undersigned complainant, being duly sworn, states:

On or about **February 7, 2008** within the Southern District of California, defendant, **Jose GARCIA-Garcia**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8th DAY OF **FEBRUARY 2008.**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jose GARCIA-Garcia

## PROBABLE CAUSE STATEMENT

On February 7, 2008, Border Patrol Agent K. Wies was assigned to the Imperial Beach area of operations. At approximately 6:00 A.M., Border Patrol Dispatch advised via service radio that a seismic sensor activated in an area known as "East Smugglers". This area is approximately three miles west of the San Ysidro, California Port of Entry and approximately one hundred yards north of the United States / Mexico International boundary.

Border Patrol Agent J. Moriarty radioed that he observed five individuals running downhill from "East Smugglers." As Border Patrol Agent Wies responded to the area he observed the five individuals jump a chain-link fence into the back yard of a private residence. Upon searching he found five individuals attempting to conceal themselves under debris inside the shed. Border Patrol Agent Wies identified himself as a Border Patrol Agent and conducted an immigration inspection. All five individuals, including one later identified as the defendant **Jose GARCIA-Garcia** freely admitted to being citizens and nationals of Mexico illegally present in the United States without proper immigration documentation to allow to them to enter or remain in the United States. Border Patrol Agent Wies arrested all five individuals and arranged for transport to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **October 9, 2007** through **San Luis, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico, and that he is present without immigration documents that would allow him to enter or remain in the United States legally.